UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - KZ
August 16, 2023 12:21 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__mg__ Scanned by ___ 8/16/23

FATHIREE ALI,
    Plaintiff,

vs.

STEVE ADAMSON, Chaplain, DAVID LEACH, Special Activities Coordinator, SHANE JACKSON, Warden, MICHIGAN DEPARTMENT OF CORRECTIONS,
    Defendants.

HON. Hala Y. Jarbou
Magistrate Phillip J. Green
Case No. 1:21-cv-71

## PLAINTIFF ALI'S REQUEST TO FILE AN AMENDED COMPLAINT

Plaintiff Fathiree Ali, proceeding pro se, seeks leave of this Court, under Fed.R.Civ.P. 15, to amend his complaint in this actions, a copy of which is attached, for the reasons that:

1. During its screening this Court dismissed the MDOC from this action. [ECF 7].

2. The denial of Mr. Ali's halaal meal is based on the implementation and enforcement of MDOC policy by Defendants, in a manner which substantially burdens Mr. Ali sincerely held religious beliefs and denies his constitutional rights. So, Mr. Ali seeks to amend the pleading to properly reflect his cause for a declaratory ruling concerning this matter.

3. There has been no reply by the Defendants in this action, and they would not be prejudiced by the First Amended Complaint.

Plaintiff respectfully ask this Court to grant the amendment.

Respectfully submitted,

/s/ Fathiree Ali

FATHIREE ALI

DATED: August 10, 2023

FATHIREE ALI, #175762
In Pro Per
Saginaw Corr. Facility
9625 Pierce Rd.
Freeland, MI  48623



US POSTAGE PITNEY BOWES
ZIP 48623 $002.07
02 4W
0000386157 AUG 14 2023

United States District Court
Western District of Michigan
Office of the Clerk
107 Federal Bldg.
410 Michigan Ave.
Kalamazoo, MI  49007