UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHIREE ALI,

    Plaintiff,

v.

    Case No. 1:21-cv-71

    Hon. Hala Y. Jarbou

STEVE ADAMSON, et al.,

    Defendants.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the report and recommendation ("R&R") of the magistrate judge (ECF No. 57) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that all of Plaintiff's remaining claims are **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith.

Because all claims have been dismissed, the Court will enter a judgment consistent with this Order dismissing the case.

Dated: January 25, 2024　　　　　　　/s/ Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　HALA Y. JARBOU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE